UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 12: 40

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION, ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 3:02CV2076(AHN) |
| v. ) | |
| ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | NOVEMBER 20, 2003 |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| Counterclaim Plaintiff, ) | |
| v. ) | |
| GARDELLA EQUIPMENT CORPORATION, ) | |
| Counterclaim Defendant. ) | |
| ) | STIPULATION OF THE PARTIES |
| and ) | TO EXTEND THE TIME TO TAKE |
| ) | EXPERT WITNESS DEPOSITIONS |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | AND FOR DEFENDANT'S EXPERT |
| Third Party Plaintiff, ) | WITNESS DISCLOSURES |
| v. ) | |
| NORWALK MARINE CONTRACTORS, INC., ) | |
| Third Party Defendant. ) | |

The parties, Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their respective undersigned counsel, hereby stipulate to modify the Scheduling Order (entered on February 12, 2003 and modified on June 4, 2003) in this case to

extend the following deadlines by 30 days:

1. Completion of the deposition of GEC's and NMCI's expert witness. This deadline shall be extended to December 22, 2003.

2. Disclosure of BBCI's expert witnesses including rebuttal experts. This deadline shall be January 10, 2004.

3. Completion of the depositions of BBCI's expert witnesses. This deadline shall be extended to January 29, 2004.

Dated this 20th day of November, 2003.

(signed with permission)

_____
EDWARD M. ROSENTHAL
Federal Bar No. ct12958 w/ permission
TOM P. WILCUTTS
Federal Bar No. ct09422
Willcutts Law Group, LLC
Capitol Place
21 Oak Street, Suite 602
Hartford, Connecticut 06106-8002
(860) 524-6800
(860) 524-7766 (fax)
Counsel for Plaintiff and
Third Party Defendant

_____
STEPHEN W. PICKERT
Federal Bar No. ct24325
ANTHONY R. KOVALCIK
Federal Bar No. ct19170
MOYE, O'BRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Ave.
Maitland, Florida 32751
(407) 622-5250
(407) 622-5440 (fax)
(*Pro Hac Vice*)
Counsel for Defendant

2