UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14  P 4: 25

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BALFOUR BEATTY CONSTRUCTION, INC.,<br><br>    Defendant.<br><br>and<br><br>BALFOUR BEATTY CONSTRUCTION, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>GARDELLA EQUIPMENT CORPORATION,<br><br>    Counterclaim Defendant.<br><br>and<br><br>BALFOUR BEATTY CONSTRUCTION, INC.,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>NORWALK MARINE CONTRACTORS, INC.,<br><br>    Third Party Defendant. | CASE NUMBER 3:02CV2076(AHN)<br><br>OCTOBER 10, 2003<br><br><br><br>**DEFENDANT'S MOTION (AND INCORPORATED MEMORANDUM OF LAW) TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES FROM PLAINTIFF AND THIRD PARTY DEFENDANT AND FOR SANCTIONS** |

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))

Alan H. Nevas, USDJ

Defendant/Counterclaim Plaintiff/Third Party Plaintiff, Balfour Beatty Construction, Inc. ("Balfour Beatty"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 37(a)(2)(B) and 37(a)(4)(A) and Local Rule 9, hereby moves this honorable Court for an order