#37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 12: 40

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION, ) | |
| Plaintiff, ) | CASE NUMBER: 3:02CV2076(AHN) |
| v. ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| Defendant. ) | |
| ) | NOVEMBER 20, 2003 |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| Counterclaim Plaintiff, ) | |
| v. ) | |
| GARDELLA EQUIPMENT CORPORATION, ) | |
| Counterclaim Defendant. ) | |
| and ) | STIPULATION OF THE PARTIES TO EXTEND THE TIME TO TAKE EXPERT WITNESS DEPOSITIONS AND FOR DEFENDANT'S EXPERT WITNESS DISCLOSURES |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| Third Party Plaintiff, ) | |
| v. ) | |
| NORWALK MARINE CONTRACTORS, INC., ) | |
| Third Party Defendant. ) | |

The parties, Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their respective undersigned counsel, hereby stipulate to modify the Scheduling Order (entered on February 12, 2003 and modified on June 4, 2003) in this case to

*[Handwritten annotations in left margin: "SO ORDERED" with signature "ALAN H. NEVAS, U.S.D.J." and "12/1, 2003 APPROVED"]*