UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | | |
|---|---|---|
| GARDELLA EQUPMENT CORPORATION | ) | CIVIL ACTION |
| | ) | NO. 3:02CV2076 (AHN) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ............................................................ | ) | |
| and | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARDELLA EQUIPMENT CORPORATION, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| ............................................................ | ) | |
| and | ) | JOINT MOTION TO |
| | ) | EXTEND SCHEDULING |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | ORDERS CONCERNING |
| | ) | DEPOSITIONS OF EXPERT |
| Third-Party Plaintiff, | ) | WITNESSES, FILING OF |
| | ) | DISPOSITIVE MOTIONS |
| v. | ) | AND ALL OTHER DEADLINES |
| | ) | |
| NORWALK MARINE CONTRACTORS, INC. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| ............................................................ | ) | JANUARY 23, 2004 |

The parties, Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI") and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their undersigned counsel and pursuant to

Fed. R. Civ. P. 16(b) and L.R. 11(b) hereby jointly move to extend the Scheduling Order in this case by thirty (30) days as scheduling conflicts have caused an unavoidable delay in discovery.

The parties have stipulated and agreed and jointly move that the deadlines be extended as follows:

1. Completion of depositions of BBCI's expert witnesses by and including February 27, 2004;

2. Filing of dispositive motions by and including February 27, 2004;

3. All other deadlines to be extended thirty days also.

The parties request this thirty (30) day extension in order to be able to meet the unavoidable scheduling conflicts they have encountered and be able to take the deposition of BBCI's expert witness and then file dispositive motions. The parties have previously filed for and been granted an extension of the Scheduling Order, but have done so only after scheduling delays beyond their control have necessitated such extensions. The short extension is necessary to allow for the completion of discovery and the filing of dispositive motions.

Dated this 23rd day of January, 2004.

_____
Edward M. Rosenthal, Esq.
Willcutts Law Group, LLC
21 Oak Street, Suite 602
Hartford, CT 06106-8002
(860) 524-6800 (860) 524-7766 (fax)
FedBar# ct12958

_____
Anthony R. Kovalcik
MOYE, OBRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Avenue
Maitland, Florida 32751
(407) 622-5250 (407) 622-5440 (fax)
Fed Bar#ct24325

## CERTIFICATION

I hereby certify that a copy of the attached has been served in accordance with the applicable Rules of Practice and/or Procedure on January 23, 2004 on:

Anne D. Peterson, Esq.
Carmody & Torrance LLP
195 Church Street
PO Box 1950
New Haven, CT 06509-2950

Stephen W. Pickert, Esq.
Anthony R. Kovalcik, Esq.
Moye, O'Brien, O'Rourke
Pickert & Martin, LLP
800 South Orlando Avenue
Maitland, FL 32751

_____
Edward M. Rosenthal, Esq.
FedBar# ct12958
Thomas P. Willcutts, Esq.
FedBar# ct09422
Willcutts Law Group, LLC
21 Oak Street, Suite 602
Hartford, CT 06106-8002
(860) 524-6800 (860) 524-7766 (fax)