

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Bridgeport)

| | | |
|---|---|---|
| GARDELLA EQUIPMENT CORPORATION | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 3:02CV2076 (AHN) |
| v. | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |
| and | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| Counterclaim Plaintiff | ) | |
| v. | ) | |
| GARDELLA EQUIPMENT CORPORATION, | ) | |
| Counterclaim Defendant. | ) | |
| | ) | JOINT MOTION TO |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | EXTEND SCHEDULING |
| Third-Party Plaintiff, | ) | ORDERS CONCERNING |
| | ) | DEPOSITIONS OF EXPERT |
| | ) | WITNESSES, FILING OF |
| | ) | DISPOSITIVE MOTIONS |
| v. | ) | AND ALL OTHER DEADLINES |
| NORWALK MARINE CONTRACTORS, INC. | ) | |
| Third-Party Defendant. | ) | JANUARY 23, 2004 |

Motion Granted.
Discovery cutoff date 2-27-04
Dispositive Motions due by 3-27-04
SO ORDERED 2/5/04
ALAN H. NEVAS, U.S.D.J.

The parties, Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI") and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their undersigned counsel and pursuant to