UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 5, 2004

10:45 a.m.

CASE NO. **3:02cv2076 (AHN)**   **Gardella v Belfour**

✓ Edward M. Rosenthal
Thomas P. Willcutts
21 Oak Street
Suite 602
Hartford, CT 06016-8002

Anne D. Peterson
Carmody & Torrance
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

✓ Anthony R. Kovalcik
Stephen W. Pickert
Moye O'Brien O'Rourke Pickert & Martin
800 South Orlando Avenue
Maitland, FL 32751

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for continuance should be addressed to Alice Montz at 203 579-5952

Held: (1) Refer to mediation with HBF.
(2) Parties will submit stipulation extending time to file dispositive motions.