# United States District Court
## District of Connecticut

Gardella Equipment Corp.,
*Plaintiff*,

v.

Balfour Beatty Construction, Inc.,
*Defendant*.

Case No. 3:02cv2076 (AHN)

**FILED**

2004 MAR -9  P 2: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

**X** A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: All purposes, including trial, before the magistrate judge (orefmisc./misc)

SO ORDERED this __8th__ day of __March__, __2004__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE