UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

GARDELLA EQUIPMENT CORPORATION,        )
      Plaintiff,        )
    v.        )
BALFOUR BEATTY CONSTRUCTION, INC.,        )
      Defendant.        )
      and        )
BALFOUR BEATTY CONSTRUCTION, INC.,        )
      Counterclaim Plaintiff,        )
    v.        )
GARDELLA EQUIPMENT CORPORATION,        )
      Counterclaim Defendant.        )
      and        )
BALFOUR BEATTY CONSTRUCTION, INC.,        )
      Third Party Plaintiff,        )
    v.        )
NORWALK MARINE CONTRACTORS, INC.,        )
      Third Party Defendant.        )
                /

2004 MAR 23  P 12: 56

U.S. DISTRICT COURT
BRIDGEPORT CONN.

CASE NUMBER: 3:02CV2076(AHN)

MARCH 17, 2004

**JOINT MOTION TO ENLARGE
SCHEDULING ORDER AS TO
ALL REMAINING DATES**

Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty
Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc.
("NMCI"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil
Procedure 16(b) and Local Rule 11(b), and the Court's instructions at the March 5, 2004 Status

Conference, hereby jointly move this honorable Court to enlarge the remaining dates on the scheduling order in this case and state as follows:

1.     The remaining dates in this case are as follows:

Dispositive motions by March 26, 2004;

Joint trial memorandum submission of April 1, 2004;

Trial date of May 5, 2004.

2.     At the telephonic status conference held on March 5, 2004, the Court referred this case to Magistrate Judge Fitzsimmons in order to conduct a settlement conference among the parties.  The parties have not yet received notice of the date of the settlement conference.  At the status conference, the parties requested that the dispositive motion deadline be enlarged for 30 days until after the settlement conference.  The Court requested that the parties submit a motion to the Court to that effect.

3.     Therefore, the parties hereby submit this motion and request that the dispositive motion deadline be extended until 30 days following the date of the settlement conference.

4.     Because the remaining dates in this case (submission of joint trial memorandum, trial date) will be affected by the enlargement of the dispositive motion deadline, the parties request that, if the parties do not settle this case, the Court hold a scheduling conference after the settlement conference in order to set firm dates for pretrial submissions and for the date of trial.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant their Joint Motion to Enlarge Scheduling Order as to All Remaining Dates.

Respectfully submitted this 17th day of March, 2004.

(signed with permission)

EDWARD M. ROSENTHAL
Federal Bar No. ct12958
TOM P. WILCUTTS
Federal Bar No. ct09422
Willcutts Law Group, LLC
Capitol Place
21 Oak Street, Suite 602
Hartford, Connecticut 06106-8002
(860) 524-6800
(860) 524-7766 (fax)
Counsel for Plaintiff and
Third Party Defendant

STEPHEN W. PICKERT
Federal Bar No. ct24325
ANTHONY R. KOVALCIK
Federal Bar No. ct19170
MOYE, O'BRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Ave.
Maitland, Florida 32751
(407) 622-5250
(407) 622-5440 (fax)
(*Pro Hac Vice*)
Counsel for Defendant