UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 23 P 12:56
U.S. DISTRICT COURT
BRIDGEPORT CONN

CASE NUMBER: 3:02CV2076(AHN)

GARDELLA EQUIPMENT CORPORATION, )
                                )
         Plaintiff,             )
                                )
v.                              )
                                )
BALFOUR BEATTY CONSTRUCTION, INC., )
                                )
         Defendant.             )
_____)
                                )
and                             )
                                )
BALFOUR BEATTY CONSTRUCTION, INC., )      MARCH 17, 2004
                                )
         Counterclaim Plaintiff, )
                                )
v.                              )
                                )
GARDELLA EQUIPMENT CORPORATION, )
                                )
         Counterclaim Defendant. )
_____)
                                )
and                             )        **JOINT MOTION TO ENLARGE**
                                )        **SCHEDULING ORDER AS TO**
BALFOUR BEATTY CONSTRUCTION, INC., )     **ALL REMAINING DATES**
                                )
         Third Party Plaintiff, )
                                )
v.                              )
                                )
NORWALK MARINE CONTRACTORS, INC., )
                                )
         Third Party Defendant. )
_____/

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
3/25, 2004 GRANTED

FILED 2004 MAR 30 P 12: [illegible] U.S. DISTRICT COURT BRIDGEPORT CONN

Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 11(b), and the Court's instructions at the March 5, 2004 Status