UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARDELLA EQUIPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NUMBER:  3:02CV2076(AHN) |
| v. | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |
| and | ) | |
| | ) | AUGUST 2, 2004 |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| Counterclaim Plaintiff, | ) | |
| v. | ) | |
| GARDELLA EQUIPMENT CORPORATION, | ) | |
| Counterclaim Defendant. | ) | |
| ——————————————— | ) | |
| and | ) | **JOINT MOTION TO SET DATE** |
| | ) | **FOR SUBMISSION OF** |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | **DISPOSITIVE MOTIONS AND** |
| | ) | **PROPOSED ORDER** |
| Third Party Plaintiff, | ) | |
| v. | ) | |
| NORWALK MARINE CONTRACTORS, INC., | ) | |
| Third Party Defendant. | ) | |

Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty
Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc.
("NMCI"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil
Procedure 16(b) and Local Rule 11(b), and the parties' agreement at the July 23, 2004 Settlement

Conference, hereby jointly move this honorable Court to set the deadline for filing dispositive motions in this case for September 23, 2004, and state as follows:

1.    At the conclusion of the settlement conference held on July 23, 2004 before Magistrate Judge Fitzsimmons (at which a settlement was not reached), the Magistrate Judge and the parties discussed the remaining work necessary to prepare the case for trial. At the settlement conference, the parties requested that the dispositive motion deadline be set for 60 days from the date of settlement conference, until September 23, 2004. The 60-day request was made partly because counsel for Gardella Equipment Corporation and Norwalk Marine Contractors, Inc. has a jury trial in the Middlesex Judicial District starting July 27, 2004, and a 10-day pre-planned vacation out of the State of Connecticut in mid-August. Magistrate Judge Fitzsimmons requested that the parties submit a motion and proposed order to the Court to that effect.

2.    Therefore, the parties hereby submit this motion and proposed order and request that the deadline to file and serve dispositive motions be set for September 23, 2004.

3.    Further, the parties hereby represent that the case will be ready for trial by January, 2005.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant their Joint Motion to set the dispositive motion deadline for September 23, 2004.

Respectfully submitted this 2nd day of August, 2004.

(signed with permission)

*Edward M. Rosenthal by*
*Anthony R. Kovalcik*
EDWARD M. ROSENTHAL
Federal Bar No. ct12958
TOM P. WILCUTTS
Federal Bar No. ct09422
Willcutts Law Group, LLC
Capitol Place
21 Oak Street, Suite 602
Hartford, Connecticut 06106-8002
(860) 524-6800
(860) 524-7766 (fax)
Counsel for Plaintiff and
Third Party Defendant

STEPHEN W. PICKERT
Federal Bar No. ct24325
ANTHONY R. KOVALCIK
Federal Bar No. ct19170
MOYE, O'BRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Ave.
Maitland, Florida 32751
(407) 622-5250
(407) 622-5440 (fax)
(*Pro Hac Vice*)
Counsel for Defendant

## **ORDER**

THIS MATTER came before the Court on the parties' Joint Motion to Set Date for Submission of Dispositive Motions and it is hereby ORDERED and ADJUDGED that:

1.      The deadline for filing and serving dispositive motions in this case is September 23, 2004.

DONE and ORDERED in chambers in Bridgeport, Connecticut, this _____ day of August, 2004.

_____
UNTIED STATES DISTRICT JUDGE

Copies to:

Edward Rosenthal, Esq.
Anthony R. Kovalcik, Esq.