49

02CV2076mot

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) <br> ) <br> and ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARDELLA EQUIPMENT CORPORATION, ) <br> ) <br> Counterclaim Defendant. ) <br> ) <br> _____ ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORWALK MARINE CONTRACTORS, INC., ) <br> ) <br> Third Party Defendant. ) | CASE NUMBER: 3:02CV2076(AHN) <br><br> AUGUST 2, 2004 <br><br> FILED 2004 AUG -3 A 9:53 <br><br> JOINT MOTION TO SET DATE FOR SUBMISSION OF DISPOSITIVE MOTIONS AND PROPOSED ORDER |

FILED 2004 AUG 5 P 1: [?] U.S. DISTRICT COURT BRIDGEPORT

Motion Granted.
Discovery cutoff date _____
Dispositive Motions due by 9.23.04
SO ORDERED 8/4/04

Plaintiff, Gardella Equipment Corporation ("GEC"), Defendant, Balfour Beatty Construction, Inc. ("BBCI"), and Third Party Defendant, Norwalk Marine Contractors, Inc. ("NMCI"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 11(b), and the parties' agreement at the July 23, 2004 Settlement