OCT 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| GARDELLA EQUPMENT CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) <br> ..............................................) <br> and ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Counterclaim Plaintiff ) <br> ) <br> v. ) <br> ) <br> GARDELLA EQUIPMENT CORPORATION, ) <br> ) <br> Counterclaim Defendant. ) <br> ..............................................) <br> and ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORWALK MARINE CONTRACTORS, INC. ) <br> ) <br> Third-Party Defendant. ) <br> ..............................................) | CIVIL ACTION <br> NO. 3:02CV2076 (AHN) <br><br><br><br><br><br><br><br><br><br><br><br> GARDELLA EQUIPMENT <br> CORPORATION'S DAMAGE <br> ANALYSIS <br><br><br><br><br><br><br><br><br><br> OCTOBER 16, 2003 |

Plaintiff, Gardella Equipment Corporation. hereby discloses its computation of damages as referenced in the *Report of Parties Planning Meeting* dated February 11, 2003;

The Plaintiff, Gardella Equipment Corporation, suffered damages as a result of the sinking of its vessel, the "Lukie", which sank in New Haven Harbor on or about October 13, 2001. While in the course of trying to raise and salvage the "Lukie", the Plaintiff suffered further losses arising from the sinking of the Plaintiff's tugboat "Jane-O", its barge, the "Lynn", a crane, and two pumps which sunk during the course of the salvage of the "Lukie". Plaintiff's damages arise from the loss of the vessel "Lukie", as well as the costs (labor, materials, and equipment) incurred in salvaging and raising the vessels and equipment that sunk.

Plaintiff computes its damages as follows: $85,000 as representing the value of the "Lukie", and $137.889.04 for unreimbursed salvage costs, equipment, machinery, pollution costs and labor associated with the sinking of the "Lukie" as well as the "Jane-O", "Lynn" the crane and the two pumps and the raising and salvage of same. Plaintiff also claims interest and costs. Documentation supporting said sums have previously been disclosed to Defendant.

Plaintiff reserves the right to amend and/or supplement this report to the extent that further review or discovery disclose additional or different sums.

THIRD PARTY DEFENDANT
NORWALK MARINE
CONTRACTOR'S, INC.

By _____
Edward M. Rosenthal
WILLCUTTS LAW GROUP, LLC
21 Oak Street, Suite 602
Hartford, CT 06106
Tel: (860) 524-6800

Fax: (860) 524-7766
email: emr@willcutts.com
FedBar # ct12958

## CERTIFICATION

I hereby certify that a copy of the attached has been served in accordance with the applicable Rules of Practice and/or Procedure on October 16, 2003 on:

Anne D. Peterson, Esq.
Carmody & Torrance LLP
195 Church Street
PO Box 1950
New Haven, CT 06509-2950

Stephen W. Pickert, Esq.
Anthony R. Kovalcik
Moye, O'Brien, O'Rourke
Pickert & Martin, LLP
800 South Orlando Avenue
Maitland, FL 32751

_____
Edward M. Rosenthal, Esq.
Willcutts Law Group, LLC



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC. ) <br> ) <br> Defendant. ) <br> ) <br> and ) <br> ) <br> BALFOUR BEATTY CONSTRUCTION, INC., ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORWALK MARINE CONTRACTORS, INC., ) <br> ) <br> Third Party Defendant. ) | CIVIL ACTION NO. <br> 3:02CV2076 (AHN) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> MARCH 3, 2003 |

**PLAINTIFF GARDELLA EQUIPMENT CORPORATION'S**
**INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)**

Now comes plaintiff, Gardella Equipment Corp. ("GEC"), by undersigned counsel, and submits GEC's initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1). GEC reserves the right to supplement this disclosure prior to trial.

(A)   Individuals likely to have discoverable information GEC may use to support its

     claims or defenses:

     1.  Louis N. 'Skip' Gardella
        Gardella Equipment Corp.
        111 Harbor Ave.
        Norwalk, CT 06850
        (203) 855-8160

1

May have information concerning the Tug LUKIE (the "Vessel"), the negotiation, terms and performance of the as is where is bare boat charter of the Vessel to Balfour Beatty Construction, Inc. ("BBCI"), BBCI's breach of the charter, the area in which the Vessel was to be operated by BBCI, BBCI's leaving the Vessel at New Haven, Connecticut, the planned dive survey of the Vessel, the salvage of the Vessel, the sale of the Vessel, and damages.

2. Gary Wetmore
   Norwalk Marine Contractors, Inc.
   111 Harbor Ave.
   Norwalk, CT 06850
   (203) 866-3344

   May have information concerning the Vessel, the as is where is bare boat charter of the Vessel BBCI, BBCI's breach of the charter, the area in which the Vessel was to be operated by BBCI, BBCI's leaving the Vessel at New Haven, Connecticut, the planned dive survey of the Vessel and the salvage of the Vessel.

3. John Amenta
   Norwalk Marine Contractors, Inc.
   111 Harbor Ave.
   Norwalk, CT 06850
   (203) 866-3344

   May have information as to BBCI's leaving the Vessel at New Haven, Connecticut, instructions provided to Messrs. Gallogly and Tunilla as to checking oil and fuel levels on board the Vessel at New Haven, the planned dive survey of the Vessel and the salvage of the Vessel.

4. Frank Post (formerly employed by Norwalk Marine Contractors, Inc.)
   Mohawk Northeast
   P.O. Box 31118
   Newington, CT 31118
   (860) 666-1451

   May have information as to BBCI's leaving the Vessel at New Haven, Connecticut.

5. Kevin Gallogly
   Norwalk Marine Contractors, Inc.
   111 Harbor Ave.
   Norwalk, CT 06850
   (203) 866-3344

2

May have information as to BBCI's leaving the Vessel at New Haven, Connecticut, instructions received as to checking oil and fuel levels on board the Vessel at New Haven, checking of the Vessel's oil and fuel at that time and the salvage of the Vessel.

6. Crispin Tunilla
   Norwalk Marine Contractors, Inc.
   111 Harbor Ave.
   Norwalk, CT 06850
   (203) 866-3344

   May have information as to BBCI's leaving the Vessel at New Haven, Connecticut, instructions received as to checking oil and fuel levels on board the Vessel at New Haven, checking of the Vessel's oil and fuel at that time and the salvage of the Vessel.

7. Anthony Romella
   495 Millbrook Road
   Middletown, CT 06457
   Telephone presently unknown

   May have information as to the Vessel and the salvage of the Vessel.

8. Buddy McIntosh
   Balfour Beatty Construction, Inc.
   750 South Ave.
   Bridgeport, CT 06604
   (203) 355-4462

   May have information as to the negotiation and terms of the as is where is bare boat charter of the Vessel to Balfour Beatty Construction, Inc. ("BBCI"), and BBCI's use of the Vessel.

9. Darryl Brake
   Balfour Beatty Construction, Inc.
   750 South Ave.
   Bridgeport, CT 06604
   (203) 355-4462

   May have information as to BBCI's use of the Vessel, its navigation and management while in BBCI's custody, the voyage from BBCI's area of operation to New Haven, Connecticut and BBCI's leaving the Vessel at New Haven.

10. Wayne Javes
    Balfour Beatty Construction, Inc.
    750 South Ave.
    Bridgeport, CT 06604
    (203) 355-4462

    May have information as to BBCI's use of the Vessel, its navigation and management while in BBCI's custody, the voyage from BBCI's area of operation to New Haven, Connecticut and BBCI's leaving the Vessel at New Haven.

11. Doran M. Podoloff
    Doran M. Podoloff, Marine Surveyor, Inc.
    161 Peddlers Drive
    Branford, CT 06405
    (203) 481-4404

    May have information as to the salvage of the Vessel.

12. George Stafford
    Stafford Marine Service, LLC
    244 Bear Rock Road
    Durham, CT 06422
    (860) 349-0438

    May have information as to the salvage of the Vessel.

13. Michael L. Collyer
    Marine Safety Consultants, Inc.
    26 Water Street
    Fairhaven, MA 02719-2962
    (508) 996-4110

    May have information as to the Vessel, the area in which the Vessel was to be operated by BBCI, the salvage of the Vessel, the sale of the Vessel and opinion as to the cause of the casualty.

(B)    Documents and things GEC may use to support its claims and defenses:

   See documents enclosed herewith as GEC 001-028.

(C)    Computation by category of damages claimed:

   1. $85,000 - Value of the Vessel;

4

2. $133,889.04 – Outstanding or unreimbursed salvage costs and expenses, lost wages, and damage to equipment related to the salvage of the Vessel;

3. $4,000.00 – Unreimbursed pollution assessment, containment and remediation costs.

Documents and/or other material not privileged or otherwise protected from disclosure on which these computations are based will be produced as under Rule 34.

(D) Insurance agreements under which an insurance business may be liable to satisfy all or part of the counterclaim asserted against GEC:

See insurance documents enclosed herewith as GEC 029-086.

Dated: March 3, 2003

GARDELLA EQUIPMENT CORP.

By its Attorneys,

_____
Bradley F. Gandrup, Jr.
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
Tel.: 617 695-2330
Fax: 617 695-2335
E-mail: BGandrup@fitzhughlaw.com

5

## CERTIFICATE OF SERVICE

I, Bradley F. Gandrup, Jr., hereby certify that a copy of Gardella Equipment Corporation's Initial Disclosure Pursuant to Fed. R. Civ. P. 26 (a)(1) was served on Stephen W. Pickert, Esq./Anthony R. Kovalcik, Esq., Moye, O'Brien, O'Rourke, Pickert & Martin LLP, 800 South Orlando Ave., Maitland, FL 32751 and Anne D. Peterson, Esq., Carmody & Torrance LLP, 195 Church Street, P.O. Box 1950, New Haven, Ct 06509-1950 by facsimile and U.S. Mail on March 3, 2003.

Bradley F. Gandrup, Jr.
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
Tel.: 617 695-2330
Fax: 617 695-2335
E-mail: BGandrup@fitzhughlaw.com