UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION ) | CIVIL ACTION |
| ) | NO. 3:02CV2076 (AHN) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |
| ..................................................) | |
| and ) | |
| ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| ) | |
| Counterclaim Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GARDELLA EQUIPMENT CORPORATION, ) | GARDELLA EQUIPMENT |
| ) | CORPORATIONS MOTION |
| Counterclaim Defendant. ) | TO AMEND LOCAL RULE |
| ..................................................) | 56(A)2 STATEMENT |
| and ) | |
| ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NORWALK MARINE CONTRACTORS, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |
| ............................................... ) | OCTOBER 26, 2004 |

Plaintiff, Gardella Equipment Corporation, and third-party defendant, Norwalk Marine Contractors, Inc., hereby move for leave of Court for permission to amend their Local Rule 56(a)2 statement in opposition to defendant's summary judgment motion. In support hereof, the plaintiff states as follows:

Attached hereto and incorporated by reference is plaintiff's *Amended Local Rule 56(a)2 Statement* in which the plaintiff has filed a responsive statement controverting *Balfour Beatty's Local Rule 56(a)1 Statement*. The undersigned states that through inadvertence, a Local Rule 56(a)2 Statement was filed with the objection to the summary judgment motion, but that statement only contained the *Plaintiff's Statement of Material Facts In Dispute*. Upon receipt of defendant's reply brief, the undersigned realized that the Local Rule 56(a)2 statement which was filed did not contain the paragraph-by-paragraph rebuttal to the defendant's Local Rule 56(a)1 Statement as had been intended. The undersigned apologizes to the Court and counsel for this oversight.

The *Amended Local Rule 56(a)2 Statement* does not differ in scope or substance from the *Plaintiff's Statement of Material Facts in Dispute*, and no additions, deletions, or corrections to the brief are necessitated as a result of this amendment. There is no prejudice to the defendant whatsoever as a result of this amendment. No new legal arguments, affidavits, depositions, evidence or facts are introduced herein. The *Plaintiff's Statement of Material Facts in Dispute* has been edited to correct typographical errors only. Granting summary judgment on the basis that the plaintiff did not previously attach the paragraph-by-paragraph rebuttal to the Local Rule 56(a)1 statement would be the elevation of style over substance and would not do justice as between the parties. As has already been shown in the *Plaintiff's Statement of Material Facts in Dispute*, there are numerous material facts in dispute.

WHEREFORE, the plaintiff prays this Court grant leave to amend the Local Rule 56(a)2 statement as attached hereto.

PLAINTIFF, GARDELLA
EQUIPMENT CORPORATION

By _____
Edward M. Rosenthal
WILLCUTTS LAW GROUP, LLC
21 Oak Street, Suite 602
Hartford, CT 06106
Tel: (860) 524-6800
Fax: (860) 524-7766
email: emr@willcutts.com
FedBar # ct12958

## CERTIFICATION

I hereby certify that a copy of the attached has been served in accordance with the applicable Rules of Practice and/or Procedure on October 26, 2004 on:

Stephen W. Pickert, Esq.
Anthony R. Kovalcik
Moye, O'Brien, O'Rourke
Pickert & Martin, LLP
800 South Orlando Avenue
Maitland, FL 32751

_____
Edward M. Rosenthal, Esq.
Willcutts Law Group, LLC

3