```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

                       Motion Calendar

            Honorable Alan H. Nevas, U. S. D. J.
                    915 Lafayette Boulevard
                         Bridgeport
                        Courtroom #3

                      December 16, 2004

                         2:00 p.m.
```

CASE NO. **3:02cv2076 (AHN)**
          **Gardella v Balfour Beatty**

   **Mot**ion for Summary Judgment

---

Anthony R. Kovalcik
Moye O'Brien O'Rourke Pickert & Martin
800 South Orlando Avenue
Maitland, FL 32751


Brad N. Mondschein
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Anne D. Peterson
Carmody & Torrance
195 Church St., PO Box 1950, 18th Floor
New Haven, CT 06509-1950


Stephen W. Pickert
Moye O'Brien O'Rourke Pickert & Martin
800 South Orlando Avenue
Maitland, FL 32751

```
Edward M. Rosenthal
Willcutts & Assoc.
21 Oak St.
Suite 602
Hartford, CT 06106-8002


Thomas P. Willcutts
Willcutts & Assoc.
21 Oak St.
suite 602
Hartford, CT 06106-8002
```

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK