UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

2004 OCT 28  P 12: 50

| | | |
|---|---|---|
| GARDELLA EQUIPMENT CORPORATION | ) | CIVIL ACTION |
| | ) | NO. 3:02CV2076 (AHN) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ............................................................ | ) | |
| and | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARDELLA EQUIPMENT CORPORATION, | ) | GARDELLA EQUIPMENT |
| | ) | CORPORATIONS MOTION |
| Counterclaim Defendant. | ) | TO AMEND LOCAL RULE |
| ............................................................ | ) | 56(A)2 STATEMENT |
| and | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORWALK MARINE CONTRACTORS, INC. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| ............................................................ | ) | OCTOBER 26, 2004 |

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
12/1, 20 04  GRANTED

FILED
2004 DEC -6  A 10: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Plaintiff, Gardella Equipment Corporation, and third-party defendant, Norwalk Marine Contractors, Inc., hereby move for leave of Court for permission to amend their Local Rule 56(a)2 statement in opposition to defendant's summary judgment motion. In support hereof, the plaintiff states as follows: