UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GARDELLA EQUIP CORP

V.                              Case Number: 3:02cv2076 (AHN)

BALFOUR BEATTY

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 12/10/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 9, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 13, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Alice Montz
    Alice Montz
    Deputy Clerk