FILED

2004 DEC 17 P 2: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARDELLA EQUIPMENT CORPORATION | ) |
| Plaintiff | ) 3:02CV2076 (AHN) |
| v. | ) |
| BALFOUR BEATTY CONSTRUCTION, INC., | ) |
| Defendant | ) |
| and | ) |
| BALFOUR BEATTY CONSTRUCTION, INC. | ) |
| Counterclaim Plaintiff | ) DECEMBER 2, 2004 |
| v. | ) |
| GARDELLA EQUIPMENT CORPORATION, | ) |
| Counterclaim Defendant | ) |
| and | ) |
| BALFOUR BEATTY CONSTRUCTION, INC. | ) |
| Third-Party Plaintiff | ) |
| v. | ) |
| NORWALK MARINE CONTRACTORS, INC. | ) |
| Third-Party Defendant | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties, by and through their undersigned attorneys, that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

GARDELLA EQUIPMENT CORPORATION
AND NORWALK MARINE CONTRACTORS, INC.
By Their Attorney

_____
Edward M. Rosenthal
FedBar # ct12958
WILLCUTTS LAW GROUP, LLC
21 Oak Street, Suite 602
Hartford, CT 06106
Tel: (860) 524-6800
Fax: (860) 524-7766
email: emr@willcutts.com


BALFOUR BEATTY CONSTRUCTION, INC.
By Its Attorneys

_____
Stephen W. Pickert
FedBar #ct24325
Anthony R. Kovalcik
FedBar #ct19170
MOYE, O'BRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Avenue
Maitland, FL 32751
Tel: (407) 622-5250
Fax: (407) 622-5440

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the parties' Stipulation of Dismissal with Prejudice has been furnished by U.S. Mail on this 14th day of December, 2004 to Edward M. Rosenthal, Esq., Willcutts Law Group, LLC, Capitol Place, 21 Oak Street, Suite 602, Hartford, Connecticut 06106-8002.

STEPHEN W. PICKERT
Federal Bar No. ct24325
ANTHONY R. KOVALCIK
Federal Bar No. ct19170
MOYE, O'BRIEN, O'ROURKE,
PICKERT & MARTIN, LLP
800 South Orlando Avenue
Maitland, Florida 32751
(407) 622-5250
(407) 622-5440 (fax)

Attorneys for Balfour Beatty Construction, Inc.